IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR. S-11-393 LKK |
|     Plaintiff, | |
|     v. | **ORDER EXCLUDING TIME** |
| ARMANDO VASQUEZ-BARRAGAN,<br>  aka Armando Arula Vasquez, | |
|     Defendant. | |

The parties appeared before the undersigned for a status conference on June 5, 2012, and requested that the matter be continued to September 5, 2012, for a status conference. This case has been ordered related to <u>United States v. Delgado-Ezquivel, et al.</u>, 2:11-cr-076 LKK, and there is a status conference scheduled in that case for September 5, 2012.

The parties have represented that defense counsel only recently received discovery in this case and that additional time is needed to review it. Additionally, the parties need time to consider whether both cases may be resolved pursuant to a global plea agreement as to defendant Vasquez-Barragan.

Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to

1

grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Thus, it is ordered that time from the date of this Order, to and including, the September 5, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: June 5, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT