IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ARMANDO VASQUEZ-BARRAGAN,  )<br>  aka Armando Arula Vasquez,  )<br>)<br>Defendant.  )<br>_____ ) | **ORDER EXCLUDING TIME**<br><br>Case No. CR. S-11-393 LKK |

The parties appeared before the undersigned for a status conference on September 5, 2012, and requested that the matter be continued to October 2, 2012, for a status conference. This case has been ordered related to <u>United States v. Delgado-Ezquivel, et al.</u>, 2:11-cr-076 LKK, and there is a status conference scheduled in that case for October 2, 2012.

The parties have represented that additional time is needed for defense preparation to consider whether both cases may be resolved pursuant to a global plea agreement as to defendant Armando Vasquez-Barragan.

Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable

1 | time necessary for effective preparation, taking into account the
2 | exercise of due diligence.  The Court finds that the ends of
3 | justice to be served by granting a continuance outweigh the best
4 | interests of the public and the defendant in a speedy trial.
5 |     Thus, it is ordered that time from the date of this Order,
6 | to and including, the October 2, 2012 status conference shall be
7 | excluded from computation of time within which the trial of this
8 | matter must be commenced under the Speedy Trial Act pursuant to
9 | 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow
10 | defense counsel time to prepare.

Dated: September 7, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT