DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Armando Vasquez Barragan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ARMANDO VASQUEZ BARRAGAN,<br><br>    Defendant | Case No.: 2:11 CR 00393 LKK<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT FINDINGS AND ORDER |

Plaintiff, United States of America, by and through its counsel of record, and the defendant, Armando Vasquez Barragan, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 20, 2012.

2. By this stipulation, the defendant now moves to continue the status conference until January 29, 2013, and to exclude time between November 20, 2012, and January 29, 2013 under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for the defendant desires additional time to consult with his client.

b. Counsel for the defendants believe that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into

STIP AND ORDER TO EXTEND TIME - 1

account the exercise of due diligence.

    c.    The government does not object to the continuance.

    d.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    e.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 20, 2012, to January 29, 2013, at 9:15 a.m. inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

Date:   11-19-12                           By: /s/ Danny D. Brace, Jr.,
                                                              DANNY D. BRACE, JR.,
                                                               Attorney for
                                                                Armando Vasquez Barragan

Date:   11-19-12                           By:/s/ Nirav Desai
                                                              Authorized to sign for Mr. Desai
                                                              On November 19, 2012
                                                              Nirav Desai
                                                              Assistant U.S. Attorney

**IT IS SO ORDERED:**
**Dated:  November 19, 2012**

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIP AND ORDER TO EXTEND TIME - 2