1  BENJAMIN B. WAGNER
   United States Attorney
2  NIRAV K. DESAI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2716

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                    )   CASE NO. 2:11-cr-00393 LKK
    UNITED STATES OF AMERICA,         )
12                                    )   **ORDER EXCLUDING TIME**
                        Plaintiff,    )
13                                    )
    v.                                )
14                                    )
    ARMANDO VASQUEZ-BARRAGAN,         )
15    a.k.a. Armando Arula Vasquez,   )
                                      )
16                      Defendant.    )
                                      )
17  _____ )

18       The parties appeared before the undersigned for a status

19  conference on April 9, 2013, and defendant requested that the matter

20  be continued to May 21, 2013, for a status conference in light of the

21  potential resolution of this case and the related case.  This case

22  has been ordered related to the case of United States v. Delgado-

23  Ezquivel, et al., 2:11-cr-00076 LKK (E.D. Cal.), and a status

24  conference is scheduled in that case for May 21, 2013.

25       Defendant's counsel represented that he needs time to consider

26  whether the related cases may be resolved pursuant to a global plea

27  agreement as to defendant Vasquez-Barragan.  On the basis of

28  counsel's representations and good cause appearing therefrom, the

                                    1

1  Court hereby finds that the failure to grant a continuance in this

2  case would deny defendant reasonable time necessary for effective

3  preparation, taking into account the exercise of due diligence.  The

4  Court finds that the ends of justice to be served by granting a

5  continuance outweigh the best interests of the public and the

6  defendant in a speedy trial.

7       Accordingly, it is HEREBY ORDERED that time from April 9, 2013,

8  to and including the May 21, 2013 status conference shall be excluded

9  from computation of time within which the trial of this matter must

10 be commenced under the Speedy Trial Act pursuant to 18 U.S.C.

11 § 3161(h)(7)(B)(iv) and Local Code T4, to allow defense counsel time

12 to prepare.

13      IT IS SO ORDERED.

14 DATED: April 11, 2013

15                              _____
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
16                              UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28