BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2716
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>ARMANDO VASQUEZ-BARRAGAN,<br>  aka Armando Arula Vasquez,<br><br>             Defendant. | CASE NO. 2:11-CR-00393 LKK<br><br>ORDER EXCLUDING TIME PERIODS UNDER THE SPEEDY TRIAL ACT |

The parties appeared before the undersigned for a status conference on July 2, 2013, and defendant requested that the matter be continued to August 20, 2013, for a status conference in light of the potential resolution of this case and the related case. This case has been ordered related to the case of United States v. Delgado-Ezquivel, et al., 2:11-cr-00076 LKK (E.D. Cal.), and a further status conference is scheduled in that case for August 20, 2013.

Defendant's counsel represented that he needs time to provide the government with discovery and consider whether the related cases may be resolved pursuant to a global plea agreement as to defendant Vasquez-Barragan. On the basis of counsel's representations and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due

Order Excluding Time Under Speedy Trial Act                                             1
United States v. Vasquez-Barragan, 2:11-cr-00393 LKK

diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, it is HEREBY ORDERED that time from July 2, 2013, to and including the August 20, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow defense counsel time to prepare.

IT IS SO ORDERED.

DATED: July 9, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney


 /s/ Nirav K. Desai
NIRAV K. DESAI
Assistant United States Attorney

Order Excluding Time Under Speedy Trial Act
United States v. Vasquez-Barragan, 2:11-cr-00393 LKK

2