Law Office of
# DANNY D. BRACE, JR.

901 H Street, Suite 500
Sacramento, CA  95814

**(916) 552-6660**
*fax (916) 447-0592*
*email dbrace@bracelaw.com*
*sharon@bracelaw.com*

January 29, 2015


MEMORANDUM


To: The Honorable John A. Mendez

From:  Danny D. Brace, Jr.,
Attorney for Armando Vasquez Barragan

Subject:  United States v. Armando Vasquez Barragan
          2:11-CR-00393 JAM

    This Memorandum is notice that defense counsel will be requesting a continuance of Defendant's Sentencing currently scheduled for February 10, 2015 at 9:30 a.m., previously continued on the court's motion from January 27, 2015.

    This request is based on counsel's schedule.  Counsel has been and continues to be in a criminal defense trial in Department 20 of the Sacramento County Superior Court (People v. Christopher Langlois).   Furthermore, counsel will be out of the office from February 3, 2015 to February 11, 2015.   As such counsel has not had time to prepare for his client's sentencing.

    Based on the above, we request that defendant Armando Vasquez Barragan's sentencing be rescheduled to April 7, 2015 at 9:30 a.m. and that the hearing scheduled for February 10, 2015 be taken off calendar.

    Assistant United States Attorney Samuel Wong and the United States Probation Officer are in agreement with this request.
/sc
Dated January 29, 2015
IT IS SO ORDERED:

/s/ JOHN A. MENDEZ
Hon. John A. Mendez